```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-12
```



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

WRITER'S DIRECT DIAL LINE
MARK D. SALZBERG
(212) 336-0159
SalzbergM@sec.gov

October 1, 2012

BY EMAIL

Honorable Paul A. Crotty
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*handwritten: 10/1/2012 So ordered. Paul A. Crotty, USDJ*

Re: SEC v. Harbinger Capital Partners LLC, et al.,
12-CV-05028 (PAC) (S.D.N.Y.)

Dear Judge Crotty:

I represent plaintiff Securities and Exchange Commission ("SEC") in this action and write, pursuant to Individual Rule of Practice 1.E, to respectfully request that the Court grant a three business day extension of the SEC's time to respond to the defendants' letters requesting a pre-motion conference.

On Friday, September 28, 2012, the staff received a letter on behalf of both defendants Philip A. Falcone and Harbinger Capital Partners LLC and a separate letter on behalf of defendant Peter A. Jenson outlining their factual and legal arguments in support of their anticipated motions to dismiss the complaint in this action. Pursuant to your Individual Rule of Practice 3.D, the SEC's responses to these letters would be due on Wednesday, October 3rd. Both David Stoelting, my SEC co-counsel, and I have pre-existing business travel at the beginning of this week. Accordingly, we respectfully request three additional business days to respond, such that the SEC's response would be due on Tuesday, October 9th.

This is the SEC staff's first request for an extension. Defendants' counsel consent to the SEC staff's requested extension.

Respectfully submitted,

Mark D. Salzberg
Senior Counsel

Honorable Paul A. Crotty
October 1, 2012
Page 2

cc: Matthew S. Dontzin (via e-mail)
David A. Fleissig (via e-mail)
Leslie G. Fagan (via e-mail)
Charles J. Clark (via e-mail)
Robert W. Pommer (via e-mail)