USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Securities and Exchange Commission, Plaintiff,

-against-

Harbinger Capital Partners, LLC, et al. Defendant.

12 cv 5028 ( PAC )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of Brian D. Sieve, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Illinois; and that his/her contact information is as follows (please print):

Applicant's Name: Brian D. Sieve

Firm Name: Kirkland & Ellis LLP

Address: 300 North LaSalle Street

City / State / Zip: Chicago/IL/60654

Telephone / Fax: 312.862.2000/312.862.2200

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant, Peter A. Jenson in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: October 16, 2012

United States District / ~~Magistrate~~ Judge