UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-16-12
```

Securities and Exchange Commission, Plaintiff,

-against-

Harbinger Capital Partners, LLC, et al. Defendant.

12 cv 5028       ( PAC )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Michael B. Slade_____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Illinois_____; and that his/her contact information is as follows (please print):

Applicant's Name: __Michael B. Slade__

Firm Name: __Kirkland & Ellis LLP__

Address: __300 North LaSalle Street__

City / State / Zip: __Chicago/IL/60654__

Telephone / Fax: __312.862.2000/312.862.2200__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant, Peter A. Jenson_____ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __10-16-12__

_____
United States District / Magistrate Judge