AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   12 CIV 5028 |
| Harbinger Capital Partners, LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission

Date:   10/22/2012

*Attorney's signature*

Kevin P. McGrath  Bar # KM1364
*Printed name and bar number*

Securities and Exchange Commission
3 World Financial Center Suite 400
New York, N.Y. 10281-1022
*Address*

mcgrathk@sec.gov
*E-mail address*

(212) 336-0533
*Telephone number*

(703) 813-9544
*FAX number*