AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission <br> *Plaintiff* <br> v. <br> Harbinger Capital Partners LLC et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 12-cv-5028 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Philip A. Falcone

Date: 10/26/2012

/s/ David A. Fleissig
*Attorney's signature*

David A. Fleissig (DF5757)
*Printed name and bar number*

The Dontzin Law Firm LLP
6 East 81st Street
New York, NY 10028

*Address*

dafleissig@dontzinfirm.com
*E-mail address*

(212) 717-2900
*Telephone number*

(212) 717-8088
*FAX number*