AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Harbinger Capital Partners LLC et al.<br>*Defendant* | )<br>)<br>) Case No. 12-cv-5028<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Philip A. Falcone

Date:  10/26/2012

/s/ Tibor L. Nagy, Jr.
*Attorney's signature*

Tibor L. Nagy, Jr. (TN9569)
*Printed name and bar number*

The Dontzin Law Firm LLP
6 East 81st Street
New York, NY 10028
*Address*

tlnagy@dontzinfirm.com
*E-mail address*

(212) 717-2900
*Telephone number*

(212) 717-8088
*FAX number*