UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>　　　　　　　　　　　　　　　　Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>**ECF CASE** |

**NOTICE OF APPEARANCE**

　　　　Please take notice that the undersigned, Leslie Gordon Fagen, a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Harbinger Capital Partners LLC.

Dated: New York, New York
　　　　November 20, 2012

　　　　　　　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

　　　　　　　　By:　　　/s/ Leslie Gordon Fagen　　　
　　　　　　　　　　　　Leslie Gordon Fagen

　　　　　　　　1285 Avenue of the Americas
　　　　　　　　New York, New York  10019-6064
　　　　　　　　Tel:　　212-373-3000
　　　　　　　　Fax:　　212-757-3990
　　　　　　　　Email: lfagen@paulweiss.com

　　　　　　　　*Attorneys for Defendant Harbinger Capital Partners LLC*