UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                              Plaintiff,<br><br>           v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>                                              Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>**ECF CASE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Walter Rieman, a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Harbinger Capital Partners LLC.

Dated: New York, New York
       November 20, 2012

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  _____/s/ Walter Rieman_____
         Walter Rieman

1285 Avenue of the Americas
New York, New York  10019-6064
Tel:     212-373-3000
Fax:     212-757-3990
Email:  wrieman@paulweiss.com

*Attorneys for Defendant Harbinger Capital Partners LLC*