UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>                                        Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>**ECF CASE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Roberto Finzi, a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Harbinger Capital Partners LLC.

Dated: New York, New York
        November 20, 2012

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:    /s/ Roberto Finzi
                Roberto Finzi

        1285 Avenue of the Americas
        New York, New York  10019-6064
        Tel:     212-373-3000
        Fax:    212-757-3990
        Email:  rfinzi@paulweiss.com

*Attorneys for Defendant Harbinger Capital Partners LLC*