UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                                  Plaintiff,<br><br>v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>                                                  Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>**ECF CASE** |

## NOTICE OF APPEARANCE

      Please take notice that the undersigned, Steven C. Herzog, counsel with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Harbinger Capital Partners LLC.

Dated: New York, New York
       November 20, 2012

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

          By:    /s/ Steven C. Herzog
                Steven C. Herzog

          1285 Avenue of the Americas
          New York, New York  10019-6064
          Tel:     212-373-3000
          Fax:    212-757-3990
          Email:  sherzog@paulweiss.com

          *Attorneys for Defendant Harbinger Capital Partners LLC*