UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>                              Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>ECF CASE |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Harbinger Capital Partners LLC ("HCP") state that HCP is a limited liability company organized and existing under the laws of Delaware.  It is therefore not a nongovernmental corporate party within the meaning of Rule 7.1, and Rule 7.1 does not require any disclosures with respect to it.

Dated: New York, New York
       November 20, 2012

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:  /s/ Leslie Gordon Fagen
           Leslie Gordon Fagen (lfagen@paulweiss.com)
           Walter Rieman (wrieman@paulweiss.com)
           Roberto Finzi (rfinzi@paulweiss.com)
           Steven C. Herzog (sherzog@paulweiss.com)

1285 Avenue of the Americas
New York, New York  10019-6064
(212) 373-3000

*Attorneys for Defendant Harbinger Capital Partners LLC*