**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | ECF CASE |
| -against- | Case No. 12-CIV-5028 |
| HARBINGER CAPITAL PARTNERS LLC; PHILIP A. FALCONE; AND PETER A. JENSON, | **NOTICE OF MOTION** |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Philip A. Falcone and Harbinger Capital Partners LLC ("the Harbinger Defendants") upon the accompanying Memorandum of Law In Support of Their Motion to Dismiss Plaintiff's Complaint and the declaration of Matthew S. Dontzin and the exhibits annexed thereto, move this Court, before the Honorable Paul A. Crotty, to dismiss Plaintiff Securities and Exchange Commission's complaint, dated June 27, 2012, for failure to state a claim upon which relief can be granted for reasons more fully explained in the accompanying memorandum in support.

WHEREFORE, the Harbinger Defendants respectfully request that this Court dismiss the Complaint in its entirety and grant such other relief as the Court may consider appropriate.

Dated:  November 30, 2012
        New York, New York

                    **THE DONTZIN LAW FIRM LLP**


                        ___/s/ Matthew S. Dontzin_____
        By:     Matthew S. Dontzin
                David A. Fleissig
                Tibor L. Nagy, Jr.
                Rachel K. Clapp
                6 East 81st Street
                New York, New York 10028
                Tel: (212) 717-2900
                Fax: (212) 717-8088

                *Attorneys for Defendant Philip A. Falcone*


                    **PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP**

                Leslie Gordon Fagen
                1285 Avenue of the Americas
                New York, NY 10019
                Tel: (212) 373-3000
                Fax: (212) 757-3990

                *Attorneys for Defendant Harbinger Capital
                Partners LLC*