UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HARBINGER CAPITAL PARTNERS LLC,<br>PHILIP A. FALCONE, AND PETER A. JENSON,<br><br>　　　　　　Defendants. | Case No. 12-cv-05028 (PAC)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT PETER A. JENSON'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Peter A. Jenson moves this Court, before the Honorable Paul A. Crotty, to dismiss Plaintiff Securities and Exchange Commission's Complaint, dated June 27, 2012, for failure to state a claim upon which relief can be granted for reasons more fully explained in the accompanying memorandum and declaration in support.

WHEREFORE, Defendants respectfully request that this Court dismiss the Complaint in its entirety, with prejudice, and grant such other relief as the Court may consider appropriate.

Dated: November 30, 2012　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　 /s/_____
　　　　　　　　　　　　　　　　　　　　Robert W. Pommer III (RP-5328)
　　　　　　　　　　　　　　　　　　　　Charles J. Clark (CC-1141)

　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 879-5950 (Pommer)
　　　　　　　　　　　　　　　　　　　　Fax: (202) 654-9551 (Pommer)
　　　　　　　　　　　　　　　　　　　　Email: robert.pommer@kirkland.com

2

        Brian D. Sieve, P.C.
        Michael B. Slade
        KIRKLAND & ELLIS LLP
        300 North LaSalle Street
        Chicago, IL  60654
        Phone:  312-862-2197 (Sieve)
        Fax:  312-862-2200 (Sieve)
        Email: brian.sieve@kirkland.com
        **Attorneys for Defendant**
        **Peter A. Jenson**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DEFENDANT PETER JENSON'S MOTION TO DISMISS** was served electronically via the Court's Electronic Case Filing system on the following:

David P. Stoelting
Kevin McGrath
Mark Daniel Salzberg
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281
Phone: (212) 336-0174 (Stoelting)
Fax: (212) 336-1324 (Stoelting)
Email: stoeltingd@sec.gov; mcgrathk@sec.gov; salzbergm@sec.gov
**Attorneys for Plaintiff Securities and Exchange Commission**

Matthew S. Dontzin
David A. Fleissig
Tibor Ludovico Nagy, Jr.
The Dotzin Law Firm LLP
6 East 81st Street
New York, NY 10028
Phone: (212)-717-2900
Fax: (212)-717-8088
Email: tdlf@dontzinfirm.com; dafleissig@dontzinfirm.com; tlnagy@dontzinfirm.com
**Attorneys for Defendant Philip A. Falcone**

Leslie G. Fagen
Roberto Finzi
Walter Rieman
Steven Craig Herzog
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: 212-373-3231 (Fagen)
Fax: 212-492-0231 (Fagen)
Email: lfagen@paulweiss.com; rfinzi@paulweiss.com; wrieman@paulweiss.com; sherzog@paulweiss.com
**Attorneys for Defendant Harbinger Capital Partners LLC**

/s/_____
Robert W. Pommer III