UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>HARBINGER CAPITAL PARTNERS LLC, PHILIP A. FALCONE, AND PETER A. JENSON,<br><br>Defendants. | Case No. 12-cv-05028 (PAC)<br><br>ECF Case<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF ROBERT W. POMMER IN SUPPORT OF DEFENDANT PETER A. JENSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

I, Robert W. Pommer III, do hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. As a member in good standing in this Court, I respectfully submit this declaration in connection with the Memorandum of Law In Support of Defendant Peter A. Jenson's Motion to Dismiss Plaintiff's Complaint, which is submitted concurrently herewith.

2. I am a partner at Kirkland & Ellis LLP, 655 Fifteenth Street N.W., Washington, D.C. 20005, (202) 879-5950, attorney of record for Defendant Peter A. Jenson in the above captioned matter.

3. Attached hereto as Exhibits 1-5 is a true and complete copy of the following documents:

   a. Exhibit 1 - Sidley Austin LLP Draft Memorandum, dated September 22, 2009;

   b. Exhibit 2 - Sidley Austin LLP Initial Term Sheet, dated September 15, 2009;

   c. Exhibit 3 - Executed Loan Agreement, dated October 14, 2009;

   d. Exhibit 4 - Special Situations Fund Annual Financial Statement, for year ended December 31, 2009; and

   e. Exhibit 5 - Talking Points Email, dated March 16, 2010.

Executed on: November 30, 2012

                                          By:   /s/_____
                                                    Robert W. Pommer III (RP-5328)

                                                    KIRKLAND & ELLIS LLP
                                                    655 Fifteenth Street, N.W.
                                                    Washington, D.C.  20005
                                                    Phone: (202) 879-5950 (Pommer)
                                                    Fax: (202) 654-9551 (Pommer)
                                                    Email: robert.pommer@kirkland.com

                                                    **Attorney for Defendant**
                                                    **Peter A. Jenson**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **DECLARATION IN SUPPORT OF DEFENDANT PETER JENSON'S MOTION TO DISMISS** was served electronically via the Court's Electronic Case Filing system on the following:

David P. Stoelting
Kevin McGrath
Mark Daniel Salzberg
U.S. Securities and Exchange Commission
Three World Financial Center
New York, NY 10281
Phone: (212) 336-0174 (Stoelting)
Fax: (212) 336-1324 (Stoelting)
Email: stoeltingd@sec.gov; mcgrathk@sec.gov; salzbergm@sec.gov
**Attorneys for Plaintiff Securities and Exchange Commission**

Matthew S. Dontzin
David A. Fleissig
Tibor Ludovico Nagy, Jr.
The Dotzin Law Firm LLP
6 East 81st Street
New York, NY 10028
Phone: (212)-717-2900
Fax: (212)-717-8088
Email: tdlf@dontzinfirm.com; dafleissig@dontzinfirm.com; tlnagy@dontzinfirm.com
**Attorneys for Defendant Philip A. Falcone**

Leslie G. Fagen
Roberto Finzi
Walter Rieman
Steven Craig Herzog
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Phone: 212-373-3231 (Fagen)
Fax: 212-492-0231 (Fagen)
Email: lfagen@paulweiss.com; rfinzi@paulweiss.com; wrieman@paulweiss.com; sherzog@paulweiss.com
**Attorneys for Defendant Harbinger Capital Partners LLC**

/s/
Robert W. Pommer III