

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
Three World Financial Center
New York, NY 10281



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-12

DIVISION OF
ENFORCEMENT

David Stoelting
Senior Trial Counsel
(212) 336-0174 (direct)
(212) 336-1324 (fax)

December 13, 2012

BY EMAIL

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *SEC v. Harbinger Capital Partners LLC., et al.*, 12-cv-5028 (PAC)
             *SEC v. Falcone, et al.*, 12-cv-5027 (PAC)

Dear Judge Crotty:

I write regarding the scheduling of oral argument on the pending motions to dismiss filed by defendants in both the 5027 and 5028 cases. Under the briefing schedule, plaintiff's opposition briefs are due January 4, 2013, and defendants' reply briefs on January 25, 2013.

The parties have conferred and respectfully request that oral argument be held on Thursday, February 28, 2013 at 3:00pm in Courtroom 11-D.

Respectfully submitted,

*David Stoelting*

David Stoelting

cc (via email):  David J. Gottesman (SEC counsel in 12-cv-5027)
                Matthew S. Dontzin (counsel for Philip A. Falcone)
                Leslie Gordon Fagen (counsel for Harbinger entities)
                Robert W. Pommer (counsel for Peter A. Jenson)

SO ORDERED: 12-14-12

*Paul Crotty*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

*MEMO ENDORSED*