# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

(202) 879-5000

www.kirkland.com

Robert W. Pommer
To Call Writer Directly:
(202) 879-5950
robert.pommer@kirkland.com

Facsimile
(202) 879-5200



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 1-22-13

January 18, 2013

Via E-mail

The Honorable Paul Crotty
U.S. District Court for the
  Southern District of New York
500 Pearl Street, Chambers 735
New York, New York 10007

SO ORDERED:

/s/ Paul A. Crotty  1-22-13

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *SEC v. Harbinger Capital Partners LLC*, et al., No. 12-cv-05028

Dear Judge Crotty:

We represent Peter A. Jenson in the above-captioned action. We write to inform the Court that the Plaintiff Securities and Exchange Commission has agreed to Jenson's request for a one week extension of time to file a reply brief in further support of his motion to dismiss—from January 25, 2013 to February 1, 2013. The SEC previously agreed to requests by Defendants Harbinger Capital Partners LLC and Philip A. Falcone for a one week extension to file their reply brief in this case. This extension will allow all Defendants to remain on the same briefing schedule. There have been no previous requests for any extensions on the briefing schedule and the seven-day extension will not effect the date of oral argument, which is scheduled for February 28, 2013.

We respectfully request that the Court approve this agreed to extension.

Sincerely,

Robert W. Pommer

RWP/svs