THE DONTZIN LAW FIRM LLP
6 EAST 81ST STREET
NEW YORK, N.Y. 10028
TELEPHONE (212) 717-2900
FAX (212) 717-8088
E-MAIL: TDLF@DONTZINFIRM.COM




HON. MICHAEL J. DONTZIN (1993-2012)
MATTHEW S. DONTZIN
DAVID A. FLEISSIG
TIBOR L. NAGY

RUBEN G. PERLMUTTER
BRIAN S. KOUKOUTCHOS
NATHAN D. MARINOFF
JASON S. LAPKIN
PATRICK R. MCGEE
RACHEL K. CLAPP

January 18, 2013

**VIA E-MAIL**

Hon. Judge Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED: 1-22-13
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE




**Re:** ***Securities and Exchange Commission v. Philip A. Falcone, et al.*, 12 Civ 5027; *Securities and Exchange Commission v. Harbinger Capital Partners LLC, et al.*, 12 Civ 5028 — Extension Request**

Dear Judge Crotty:

We are counsel to Philip A. Falcone in the above-referenced actions. We write on behalf of Mr. Falcone and defendants Harbinger Capital Partners Offshore Manager, L.L.C., Harbinger Capital Partners Special Situations GP, L.L.C. and Harbinger Capital Partners LLC (collectively, with Mr. Falcone, the "Harbinger Defendants").

We are writing to inform the Court that the plaintiff Securities and Exchange Commission has consented to the Harbinger Defendants' request for a one week extension of time to file reply briefs in further support of their motions to dismiss—from January 25, 2013 to February 1, 2013. This request was necessitated by the death on January 16, 2013 of the father of Tibor L. Nagy, a partner in our firm, who had principal responsibility over the past two months for producing the motions to dismiss. There have been no previous requests for any extensions on the briefing schedule for the motions to

dismiss and the seven day extension will not affect the date of oral argument, which is scheduled for February 28, 2013.

We respectfully request that the Court approve this agreed extension.

Respectfully submitted,

David A. Fleissig

cc: David P. Stoelting, Esq.
Senior Trial Counsel, Securities and Exchange Commission (via email)

David J. Gottesman, Esq.
Supervisory Assistant Chief Litigation Counsel, Securities and Exchange Commission (via email)

Charles J. Clark, Esq. (via email)
Robert W. Pommer III, Esq. (via email)
Leslie G. Fagen, Esq. (via email)