UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>            Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>**ECF CASE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Eric S. Goldstein, a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Harbinger Capital Partners LLC.

Dated: New York, New York
   February 1, 2013

      PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

      By:  /s/ Eric S. Goldstein
          Eric S. Goldstein

      1285 Avenue of the Americas
      New York, New York  10019-6064
      Tel:  212-373-3000
      Fax:  212-757-3990
      Email: egoldstein@paulweiss.com

*Attorneys for Defendant Harbinger Capital Partners LLC*