UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br><br>HARBINGER CAPITAL PARTNERS LLC;<br>PHILIP A. FALCONE; and PETER A. JENSON,<br><br>                                    Defendants. | Civil Action No. 12-CV-5028 (PAC)<br><br>**ECF CASE** |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Theodore V. Wells Jr., a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant Harbinger Capital Partners LLC.

Dated: New York, New York
        February 8, 2013

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  /s/ Theodore V. Wells Jr.
         Theodore V. Wells Jr.

1285 Avenue of the Americas
New York, New York  10019-6064
Tel:     212-373-3000
Fax:    212-757-3990
Email:  twells@paulweiss.com

*Attorneys for Defendant Harbinger Capital Partners LLC*