

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
Brookfield Place
200 Vesey St., Suite 400
New York, NY 10281-1022

DIVISION OF
ENFORCEMENT

David Stoelting
Senior Trial Counsel
(212) 336-0174 (direct)
(212) 336-1324 (fax)
stoeltingd@sec.gov

June 17, 2014

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *SEC v. Harbinger Capital Partners LLC., et al.*, 12-cv-5028 (PAC)

Dear Judge Crotty:

I write to advise the Court that, yesterday, plaintiff Securities and Exchange Commission received the executed *Consent of Defendant Peter A. Jenson*. The staff will submit the proposed settlement to the Commission for its consideration, which should take 4-6 weeks. If and when the Commission approves the settlement, the parties will submit the Final Judgment to Your Honor.

                        Respectfully submitted,

                        David Stoelting

cc (via email): Robert W. Pommer
                 Matthew Dontzin